Mae LaRue, Respondent, *v.* Mahlon Tiernan, Defendant, and Francis Borrman et al., Appellants.

Mahlon Tiernan, Respondent, *v.* Francis Borrman et al., Appellants.

Argued January 14, 1941; decided February 27, 1941.

*Ellis J. Staley* for appellants.

*J. Edmund Kelly* and *Charles A. Murphy* for Mae LaRue, respondent.

*Andrew J. Hanmer* and *Seward E. Hanmer* for Mahlon Tiernan, respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.